ANTOINE R. NICHOLS, Respondent, v. ALVIN H. CONRO et al., Individually and as Copartners Doing Business under the Name of A. H. CONRO & SON, Appellants.— Defendants have appealed from a judgment in plaintiff's favor in the sum of $3,899.16, based on the verdict of a jury rendered at a Delaware Trial Term of the Supreme Court. Plaintiff contracted to sell to defendants a herd of dairy cows, hay and silage and defendants agreed to purchase the same. Plaintiff contends that the consideration of the sale was $14,000. Defendants assert that it was $11,000, which sum they paid plaintiff. He brought an action to recover the difference and the jury gave him a verdict for the amount of his claim. Plaintiff also contended that he was entitled to the sum of $731.03, being the proceeds of a milk check. The jury found in favor of the plaintiff on that item. Only questions of fact are involved. Judgment unanimously affirmed, with costs and disbursements to the plaintiff. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ. [See 279 App. Div. 835.]

■

In the Matter of RAYMOND M. CHAITIN, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Proceeding under article 78 of the Civil Practice Act to review a determination of the Board of Regents suspending petitioner's license to practice medicine for a period of six months. Petitioner is an osteopathic physician, duly licensed to practice medicine in the State of New York. He was charged with and found guilty of advertising for patronage by means of letters, contrary to the provisions of paragraph (d) of subdivision 2 of section 6514 of the Education Law. The evidence supports the findings. In view of the fact that this is petitioner's second offense, we do not regard the punishment as excessive or unduly severe. Determination unanimously confirmed, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.